IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01240-MSK

TERRI M. BERNAL,

      Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## ORDER SETTING ORAL ARGUMENT

---

      THIS MATTER comes before the Court following review of the file, administrative record and briefs submitted,

      **IT IS THEREFORE ORDERED** that a **one hour** oral argument hearing will be held on **May 27, 2008,** at **4:00 p.m.**, in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

      DATED this 14th day of January, 2008.

                   **BY THE COURT:**

                   Marcia S. Krieger
                   United States District Judge