IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-01240-PAB

TERRI M. BERNAL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

---

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

This matter comes before the Court on the parties' Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the stipulation for attorney fees under the EAJA is approved, and defendant is ordered to pay the amount of $6,120.00 to plaintiff for attorney fees under the EAJA. It is further

ORDERED that payment of the $6,120.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA costs and fees in connection with this action. It is further

ORDERED that this award is without prejudice to the right of plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. It is further

ORDERED that the EAJA attorney fee award shall be made payable to plaintiff and mailed to plaintiff's attorney pursuant to *Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007).

DATED February 19, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge